**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DOUGLAS C. MAULDIN, et al.**                                                    **PLAINTIFFS**

**V.**                                                                  **NO. 3:22-CV-90-DMB-RP**

**SCOTT E. OLIVER**                                                           **DEFENDANT**

## ORDER

On August 11, 2022, Scott E. Oliver filed a motion to "dismiss this matter for improper venue or, alternatively, refer the case to the United States Bankruptcy Court for the Northern District of Mississippi," Doc. #11, and an accompanying memorandum brief, Doc. #12. In violation of the Local Rules, Oliver attached exhibits to the memorandum rather than to the motion. *See* L.U. Civ. R. 7(b)(2) ("All … supporting documents and exhibits … must be filed as exhibits to the motion, response or rebuttal to which they relate."). Due to this procedural deficiency, the motion to dismiss [11] is **DENIED without prejudice**. Within seven (7) days of this order, Oliver may refile his motion in accordance with the Local Rules. Since the motion to dismiss has been denied, the plaintiffs' August 22 motion for an extension to respond [13] is **DENIED as moot**.

**SO ORDERED**, this 23rd day of August, 2022.

                                                    /s/Debra M. Brown
                                                    **UNITED STATES DISTRICT JUDGE**